AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)  Case No.<br>)<br>)  SIGNED AND SUBMITTED TO THE COURT FOR<br>)  FILING BY RELIABLE ELECTRONIC MEANS<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

❒ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

_____
*Christopher Faber*
*Complainant's signature*

_____
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*